1  **DAVID R. OWENS**—CA State Bar No. 180829
   Email: dowens@owenstarabichi.com
2  **OWENS TARABICHI LLP**
   111 N. Market St., Suite 730
3  San Jose, California  95113
   Telephone:(408) 298-8200
4  Facsimile: (408) 521-2203

5  Attorneys for Defendant
   Wintrode Enterprises, Inc.
6  d/b/a Bulldog Cases

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11 | **GUNVAULT, INC.**, | Case No. EDCV 12-01459 JAK (RZ) |
|---|---|
12 | Plaintiff | **[PROPOSED] ORDER GRANTING DEFENDANT WINTRODE ENTERPRISES, INC.'S EXPARTE MOTION TO EXTEND PAGE LIMITS FOR ITS REPLY TO PLAINTIFF GUNVAULT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
13 | vs. | |
14 | **WINTRODE ENTERPRISES, INC. d/b/a BULLDOG CASES**, | |
15 | Defendant. | |
16 | | |
17 | | Judge:  Hon. John A. Kronstadt |
18 | **WINTRODE ENTERPRISES, INC. d/b/a BULLDOG CASES**, | |
19 | Counter-Claimant | |
20 | vs. | |
21 | **GUNVAULT, INC.** | |
22 | Counter-Defendant. | |

After full consideration of the moving and opposition papers, and good cause appearing therefor, Defendant Wintrode Enterprises Inc.'s Exparte Motion to Extend Page Limits for Its Reply to Plaintiff GunVault's Opposition to Motion for Summary Judgment is GRANTED as follows:

Defendant Wintrode Enterprises, Inc. shall be permitted to file its Reply to Plaintiff GunVault's Opposition to Motion for Summary Judgment with a page limit of 20 pages. Exhibit A to Defendant Wintrode Enterprises Inc.'s Exparte Motion is hereby entered as its Reply to Plaintiff GunVault's Opposition to Motion for Summary Judgment.

IT IS SO ORDERED.

Date: _____      By: _____
                                               Hon. John A. Kronstadt