**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV12-01459 JAK (RZx) | Date | January 7, 2014 |
| Title | GunVault, Inc. v. Wintrode Enterprises, Inc. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER:
1. CONTINUING HEARING ON MOTION TO DISMISS (Dkt. 70);
2. VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT (Dkt. 72); PROVIDING NOTICE THAT THE COURT WILL TREAT THE MOTION TO DISMISS AS A MOTION FOR SUMMARY JUDGMENT; PROVIDING PLAINTIFF AN OPPORTUNITY TO SUBMIT SUPPLEMENTAL EVIDENTIARY MATERIALS; and
3. DENYING DEFENDANT'S EX PARTE APPLICATION TO EXCEED PAGE LIMITATION (Dkt. 89)

Defendant Wintrode Enterprises, Inc. ("Defendant")'s motion to dismiss, Dkt. 70, and motion for summary judgment, Dkt. 72, are currently set for hearing on January 13, 2014. By this Order, the Court hereby continues the hearing on the motion to dismiss to February 10, 2014 at 8:30 a.m., and vacates the hearing on the motion for summary judgment. Whether a hearing on the motion for summary judgment will be reset will be determined in connection with the decision on the motion to dismiss.

Because certain evidentiary matters have been presented in connection with the motion to dismiss, Dkt. 70, given the substantial period of time that this matter has been pending (*see* discussion in Dkt. 65, which is incorporated by this reference), and in light of the scheduled trial date of March 4, 2014, the motion to dismiss will be treated as a motion for summary judgment. Although the parties already have submitted evidentiary materials in support of, and in opposition to, the motion to dismiss, the Court now provides Plaintiff GunVault, Inc. ("Plaintiff") the opportunity to submit supplemental evidentiary materials, and/or to seek to make a showing pursuant to Fed.R.Civ.P. 56(d). Any such submission shall be filed no later than Tuesday, January 21, 2014, and may be accompanied by a brief of no more than 5 pages identifying and describing any such evidentiary materials, but without any further legal argument. By providing this opportunity to Plaintiff, the Court is neither requiring any such supplemental filing nor suggesting that it is necessary in light of the materials presented by each side in connection with what was heretofore the motion to dismiss. Instead, the Court is offering this opportunity because it has converted that motion to one for summary judgment.

///

///

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV12-01459 JAK (RZx) | Date | January 7, 2014 |
|---|---|---|---|
| Title | GunVault, Inc. v. Wintrode Enterprises, Inc. | | |

Finally, Defendant's ex parte motion to extend page limits for its summary judgment reply brief, Dkt. 89, is DENIED. No good cause has been shown for the need to file a reply of twice the permitted length. Indeed, Defendant already filed a 10-page reply brief (Dkt. 88) as well as approximately 90 pages of evidentiary material.

**IT IS SO ORDERED.**

                                                                         :
                                                Initials of Preparer   ak